Page: 1

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 13-30497 LMI | Trustee: | (290830) | Barry E. Mukamal |
| --- | --- | --- | --- | --- |
| Case Name: | ZENNI, JEAN-CLAUDE | Filed (f) or Converted (c): | 08/29/13 (f) | |
| | | §341(a) Meeting Date: | 10/02/13 | |
| Period Ending: | 06/30/14 | Claims Bar Date: | | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 2 | PAY PAL ACCT | 0.00 | 0.00 | | 0.00 | FA |
| 3 | WELLS FARGO A/N1879 | 300.00 | 300.00 | | 0.00 | FA |
| 4 | SECURITY DEPOSIT | 0.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 950.00 | 950.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 7 | JEWELRY | 80.00 | 80.00 | | 0.00 | FA |
| 8 | 1 GLOCK 17 AND 1 WALTER PC PISTOL<br>    Report of abandonment on file with the court ECF 14 | 400.00 | 400.00 | OA | 0.00 | FA |
| 9 | LIFE INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 100% JACKSON WIRELESS INC. | 0.00 | Unknown | | 0.00 | Unknown |
| 11 | JACKSON WIRELESS DTM CORP. | 7,475.61 | Unknown | | 0.00 | Unknown |
| 12 | 2011 PORSCHE CAYENNE<br>    So. Beach Ins Agency Policy #48305772-3 | 44,000.00 | Unknown | | 0.00 | Unknown |
| 12 | **Assets**    Totals  (Excluding unknown values) | $53,305.61 | $1,730.00 | | $0.00 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee requires additional time in which to investigate the financial dealings of the debtor, the current market value of claimed exemptions and other responsibilities of the Trustee pursuant to 11 U.S.C. §704. The parties are trying to reach a global settlement of all issues in this case.
No claims bar date has been established as the trustee has not administered any assets. No tax return will be required.
11/12/13 - Court order granting employment of Trustee's accountant, Barry E. Mukamal CPA

Printed: 08/12/2014 09:00 PM        V.13.15

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 13-30497 LMI | Trustee: | (290830) | Barry E. Mukamal |
| Case Name: | ZENNI, JEAN-CLAUDE | Filed (f) or Converted (c): | 08/29/13 (f) | |
| | | §341(a) Meeting Date: | 10/02/13 | |
| Period Ending: | 06/30/14 | Claims Bar Date: | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   June 30, 2015          **Current Projected Date Of Final Report (TFR):**   June 30, 2015

_____August 12, 2014_____  
Date

/s/ Barry E. Mukamal  
_____  
Barry E. Mukamal